888

**Edmond TYLER, II, Petitioner,**

v.

**DEPARTMENT OF The
ARMY, Respondent.**

No. 2011–3098.

United States Court of Appeals,
Federal Circuit.

May 3, 2011.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Marianne E. MORRIS, Petitioner,**

v.

**DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT,
Respondent.**

No. 2011–3086.

United States Court of Appeals,
Federal Circuit.

May 3, 2011.

Marianne E. Morris, Rockville, MD, pro se.

Shari A. Rose, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Fabian M. ROSIMO, Petitioner,**

v.

**OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.**

No. 2011–3090.

United States Court of Appeals,
Federal Circuit.

May 3, 2011.

Fabian M. Rosimo, Zambales, Philippines, pro se.

Shelley D. Weger, Department of Justice, Jessica Johnson, Office of Personnel Management, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is. DISMISSED, for failure to prosecute in accordance with the rules.

**David C. POTTER, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2011–3085.

United States Court of Appeals, Federal Circuit.

May 3, 2011.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit

Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Hernan REBOYRAS, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2011–3083.

United States Court of Appeals, Federal Circuit.

May 3, 2011.

Hernan Reboyras, Tampa, FL, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,